# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:20-cr-266-MSS-JSS | **DATE:** July 19, 2022 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** James Plunkett/Jesse Leonor <br> **LANGUAGE:** Spanish |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **BERNARDO VARGA** <br> **RICARDO POLANCA-MEDINA** <br> **CARLOS ALBERTO LUNA-GAMBOA** | **GOVERNMENT COUNSEL** <br> Emmett Jackson Boggs, Jr, AUSA <br><br> **DEFENSE COUNSEL** <br> Kathleen M. Sweeney, AFPD <br> Tim Bower-Rodriguez, CJA <br> Amanda Powers Sellers, CJA |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 9:05 AM – 9:10AM, 9:15 AM - 10:48 AM, 10:57 AM – 12:15 PM, 1:14 PM – 3:12 PM, 3:27 PM – 4:55 **TOTAL:** 6 Hours 22 Minutes | **COURTROOM:** 17 |

**PROCEEDINGS:** JURY TRIAL – DAY 2

9:05 AM  Court in session

  The Court address preliminary matters with counsel.

9:10 AM  The Court takes a recess.

9:15 AM  Court back in session.
  Jurors enter the courtroom.

  **Government Witness # 3:** Paul Maurizio (Previously Sworn).
  Cross examination by Tim Bower-Rodriguez, CJA.
  Cross examination by Amanda Sellers, CJA.
  Redirect examination by Jackson Boggs, Jr., AUSA.
  Recross examination by Tim Bower-Rodriguez, CJA.
  Witness excused.

9:49 AM  **Government Witness # 4:** Raven Perry (Sworn).
  Direct examination by Jackson Boggs, Jr., AUSA.

| | |
|---|---|
| 10:45 AM | Jurors exit the courtroom. |
| 10:48 AM | Court in recess. |
| 10:57 AM | Court back in session. |
| 11:00 AM | Jurors recalled into the courtroom.<br><br>**Government Witness # 4:** Raven Perry (Previously sworn).<br>Continued direct examination by Jackson Boggs, Jr., AUSA.<br>Cross examination by Kathleen Sweeney, AFPD.<br>Cross examination by Tim Bower-Rodriguez, CJA.<br>Cross examination by Amanda Sellers, CJA.<br>Redirect examination by Jackson Boggs, Jr., AUSA.<br>Witness excused. |
| 12:15 PM | Jurors exit the courtroom.<br>Court in recess. |
| 1:14 PM | Court in session.<br>Jurors recalled into the courtroom.<br><br>**Government Witness # 5:** Adam Bahney (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Witness excused. |
| 1:34 PM | **Government Witness # 6:** John Gillian (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Cross examination by Tim Bower-Rodriguez, CJA.<br>Cross examination by Kathleen Sweeney, CJA.<br>Cross examination by Amanda Sellers, CJA.<br>Witness excused. |
| 1:51 PM | **Government Witness # 7:** Isaac Adames (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Cross examination by Tim Bower-Rodriguez, CJA.<br>Witness excused. |
| 2:19 PM | **Government Witness # 8:** Scott Barber (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Cross examination by Kathleen Sweeney, AFPD.<br>Cross examination by Tim Bower-Rodriguez, CJA.<br>Cross examination by Amanda Sellers, CJA.<br>Witness excused. |
| 2:58 PM | Jurors exit the courtroom. |
| 3:12 PM | Court in recess. |
| 3:27 PM | Court back in session. |

|   |   |
|---|---|
|   | Jurors recalled into the courtroom. |
|   | **Government Witness # 9:** Quinten Maggio (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Witness excused. |
| 3:57 PM | **Government Witness #10:** Maria Guzman (Sworn).<br>Direct examination by Jackson Boggs, Jr., AUSA.<br>Cross examination by Tim Bower-Rodriguez, CJA.<br>Cross examination by Amanda Sellers, CJA.<br>Witness excused. |
| 4:50 PM | Jurors exit the courtroom. |
| 5:02 PM | Court is in recess and will reconvene at 8:30 AM tomorrow. |