UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff, ☐
Government ☒

v.

BERNARDO VARGA,
RICARDO POLANCA-MEDINA, and
CARLOS ALBERTO LUNA-GAMBOA

Defendant ☐

Case No. 8:20-cr-266-MSS-JSS

☐ Evidentiary Hearing
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1a | 7/19/22 | 7/18/22 | R. Daskin | MPA Image |
| 1b | 7/19/22 | 7/19/22 | | MPA Image |
| 1c | 7/19/22 | 7/19/22 | | MPA Image |
| 1d | 7/19/22 | 7/19/22 | | MPA Image |
| 1e | 7/19/22 | 7/19/22 | | MPA Image |
| 1f | 7/19/22 | 7/19/22 | | MPA Image |
| 1g | 7/19/22 | 7/19/22 | | MPA Image |
| 1h | 7/19/22 | 7/19/22 | | MPA Image |
| 1i | 7/19/22 | 7/19/22 | | MPA Image |
| 1j | 7/19/22 | 7/19/22 | | MPA Image |

Case 8:20-cr-00266-MSS-JSS   Document 222   Filed 07/20/22   Page 2 of 4 PageID 1206
Case 8:20-cr-00266-MSS-JSS   Document 200   Filed 07/13/22   Page 2 of 4 PageID 1090

Case Number:      8:20-cr-266-MSS-JSS                                     Page 2

## EXHIBIT LIST—Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 2a | 7/18/22 | 7/18/22 | R. Boykin | MPA video |
| 2b | 7/18/22 | 7/18/22 | | MPA video |
| 2c | 7/18/22 | 7/18/22 | | MPA video |
| 2d | 7/18/22 | 7/18/22 | | MPA video |
| 2e | 7/18/22 | 7/18/22 | | MPA video |
| 2f | 7/18/22 | 7/18/22 | | MPA video |
| 2g | 7/18/22 | 7/18/22 | | MPA video |
| 2h | 7/18/22 | 7/18/22 | | MPA video |
| 2i | 7/18/22 | 7/18/22 | | MPA video |
| 2j | 7/18/22 | 7/18/22 | | MPA video |
| 2k | 7/18/22 | 7/18/22 | | MPA video |
| 2l | 7/18/22 | 7/18/22 | ↓ | MPA video |
| 3 | 7/18/22 | 7/18/22 | R. Baskin | Mission Summary |
| 4a | 7/19/22 | 7/19/22 | Q. Massio | Photos of Bales |
| 4b | 7/19/22 | 7/19/22 | R. Perry | Photo of Bales |
| 4c | 7/19/22 | 7/19/22 | R. Perry | Photo of Bales |
| 4d | 7/19/22 | 7/19/22 | R. Perry | Photo of Bales |
| 5a | 7/19/22 | 7/19/22 | L. Perry | Sinking Ship |
| 5b | 7/19/22 | 7/19/22 | R. Perry | Sinking Ship |
| 6a | 7/19/22 | 7/19/22 | R. Perry | Photo of personal items found on GFV |
| 6b | 7/19/22 | 7/19/22 | R. Perry | Photo of personal items found on |

Case 8:20-cr-00266-MSS-JSS   Document 222   Filed 07/20/22   Page 3 of 4 PageID 1207
Case 8:20-cr-00266-MSS-JSS   Document 200   Filed 07/13/22   Page 3 of 4 PageID 1091

Case Number:    8:20-cr-266-MSS-JSS                                    Page 3

## EXHIBIT LIST—Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | GFV |
| 6c | 7/19/22 | 7/19/22 | R. Perry | Photo of personal items found on GFV |
| 7a | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7b | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7c | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7d | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7e | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7f | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7g | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7h | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 7i | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-electronics |
| 8a | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-pocket litter |
| 8b | 7/19/22 | 7/19/22 |  | Photo of items found on GFV-pocket litter |

Case 8:20-cr-00266-MSS-JSS   Document 222   Filed 07/20/22   Page 4 of 4 PageID 1208
Case 8:20-cr-00266-MSS-JSS   Document 200   Filed 07/13/22   Page 4 of 4 PageID 1092

Case Number:     8:20-cr-266-MSS-JSS                                    Page 4

## EXHIBIT LIST—Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8c | 7/19/22 | 7/19/22 | R. Perry | Photo of items found on GFV-pocket litter |
| 8d | 7/19/22 | 7/19/22 | R. Perry | Photo of items found on GFV-pocket litter |
| 9 | 7/18/22 | 7/18/22 | P. Maurizio | Photo of drugs on cutter deck |
| 10a | 7/20/22 | 7/20/22 | C. Diaz | Photos of all drugs at lab |
| 10b | 7/20/22 | 7/20/22 | C. Diaz | Photo of bricks at lab |
| 10c | 7/20/22 | 7/20/22 | C. Diaz | Drug exhibit |
| 10d | | | | Lab report |
| 10e | | | | Carlos Diaz CV |
| 11 | | | | Plotted coordinates in Map (from Pocket Litter) |
| 12 | | | | Plotted coordinates in Map (from Pocket Litter) |
| 13 | 7/19/22 | 7/19/22 | S. Derber | Diagram of boat |
| 14 | | | | Steven Ray CV |
| 15 | | | | |