UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-266-MSS-JSS

BERNARDO VARGA
RICARDO POLANCA-MEDINA
CARLOS ALBERTO LUNA-GAMBOA
_____/

## JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, and the Court granted the oral motions for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 as to Count One and Count Two of the Indictment, it is

**ORDERED AND ADJUDGED:**

The Defendant's BERNARDO VARGA, RICARDO POLANCA-MEDINA , CARLOS ALBERTO LUNA-GAMBOA, is not guilty of the offense charged against him in Count One and Count Two of the Indictment.

**DONE AND ORDERED** in Tampa, Florida on this 20th day of July, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
U.S. Pretrial Services
U.S. Probation
U.S. Probation