```
 1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 2                          TAMPA DIVISION

 3   UNITED STATES OF AMERICA,   )
                                 )   8:20-cr-266-WFJ-JSS
 4            PLAINTIFF,          )   Tampa
                                 )   July 18, 2022
 5            v.                 )   4:02 p.m.
                                 )
 6   BERNARDO VARGA, RICARDO     )
     POLANCA-MEDINA, CARLOS      )
 7   ALBERTO LUNA-GAMBOA,        )
                                 )
 8            DEFENDANTS.         )

 9               TRANSCRIPT OF JURY TRIAL EXCERPTS
                      TESTIMONY OF STEVEN RAY
10            BEFORE THE HONORABLE WILLIAM F. JUNG
                     UNITED STATES DISTRICT JUDGE
11
     APPEARANCES:
12
     For the Government:
13       MR. EMMETT JACKSON BOGGS, JR.
         United States Department of Justice
14       United States Attorney's Office
         Suite 3200
15       400 N. Tampa Street
         Tampa, FL 33602-4798
16
     For Defendant Bernardo Varga:
17       MS. KATHLEEN M. SWEENEY
         Federal Public Defender's Office
18       400 N. Tampa Street
         Suite 2700
19       Tampa, FL 33602-2700

20

21
     Court Reporter:          Tracey Aurelio, CRR, RMR, RDR
22                            Federal Official Court Reporter
                              801 N. Florida Avenue, 15th Floor
23                            Tampa, Florida 33602
                              (813) 301-5448
24
              Proceedings recorded by mechanical stenography,
25   transcript produced by computer.
```

```
 1   APPEARANCES:   (Continued)

 2   For Defendant Ricardo Polanca-Medina:
          MR. TIM BOWER-RODRIGUEZ
 3        Bower Rodriguez, PA
          601 North Ashley Drive
 4        Suite 310
          Tampa, FL 33602
 5
     For Defendant Carlos Alberto Luna-Gamboa:
 6        MS. AMANDA POWERS SELLERS
          Powers Sellers & Finkelstein, PLC
 7        4625 East Bay Drive
          Suite 313
 8        Clearwater, FL 33764-5747

 9   Also Present:
          Mr. James Plunkett, Spanish Interpreter
10        Mr. Jesse Leonor, Spanish Interpreter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

STEVEN RAY
  Direct Examination (Mr. Boggs)                           4
  Cross-Examination (Ms. Sweeney)                         23
  Redirect Examination (Mr. Boggs)                        30

1  _____

2      (Proceedings commenced at 4:02 p.m.)

3        THE COURT:  Thank you very much, sir.  You may go.

4  We appreciate you being here.

5        Let's call your next witness, please.

6        MR. BOGGS:  The United States calls Steven Ray.

7        THE COURTROOM DEPUTY:  Please raise your right hand.

8      (Witness sworn.)

9        THE COURTROOM DEPUTY:  Can you state your full name

10 for the record.

11       THE WITNESS:  Steven Ray, R-A-Y.

12       THE COURTROOM DEPUTY:  Thank you.  Please be seated.

13       **STEVEN RAY, CALLED BY THE GOVERNMENT, SWORN**

14               **DIRECT EXAMINATION**

15 BY MR. BOGGS:

16 Q    Good afternoon.

17 A    Good afternoon.

18 Q    For whom do you work?

19 A    I'm a special agent employed with the Coast Guard

20 Investigative Service currently assigned to Operation Panama

21 Express.

22 Q    How long have you been assigned to Operation Panama

23 Express?

24 A    Since 2011.

25 Q    How long have you been with the Coast Guard?

1  A    Since 2008 as a civilian special agent.

2  Q    What does a civilian special agent do?

3  A    So Coast Guard Investigative Service has civilian agents,

4  military agents, and reserve agents.  I spent some time as a

5  reservist prior to becoming hired as a civilian.

6  Q    What's your overall Coast Guard experience including any

7  you may have had before becoming a civilian special agent?

8  A    So in 2003, I joined the Coast Guard Reserves where I was

9  assigned to the Maritime Safety and Security Team in Seattle,

10 Washington.  In 2005 I was assigned to the Los Angeles

11 Maritime Safety and Security Team and in about 2006 became a

12 reserves special agent and in 2008 was hired as a civilian

13 special agent with CGIS where I was assigned out of the

14 San Diego Maritime Task Force.  Then I went to Key West and

15 then in 2011 was assigned to PANEX.

16 Q    When you say "CGIS," that's the acronym for Coast Guard

17 Investigative Service?

18 A    That is correct.

19 Q    Did you have any prior law enforcement experience before

20 joining the Coast Guard?

21 A    Yes, I have.

22 Q    What was that?

23 A    I graduated the United States Military Academy in 1995

24 and I was commissioned as a military police officer.  I was

25 assigned to Fort Stewart and Hunter Army Air Field in both the

1  provost marshal, which is the military's version of a police

2  station.

3        In addition, I deployed to Bosnia and Herzegovina and

4  in the Middle East.  In 2000, I left active duty Army and

5  became a special agent with the Drug Enforcement

6  Administration, and I was assigned up in Seattle, Washington.

7  It was in 2003 when I did my full Army time that I joined the

8  Coast Guard Reserves.  In 2005, I transferred from Seattle,

9  Washington, with the DEA to Yuma, Arizona, and with the Coast

10  Guard Reserves was in LA and then finally San Diego where

11  finally in 2008 I left the DEA, the Drug Enforcement

12  Administration, and became a full-time civilian agent with

13  CGIS.

14  Q    You already mentioned that you are currently with the

15  operation -- I don't remember if you said PANEX or Panama

16  Express, but could you describe what that is?

17  A    Sure.  The mission of Operation Panama Express is to

18  dismantle and disrupt transnational criminal organizations who

19  primarily utilize maritime conveyances to move illicit drugs

20  from South America into Central America and the Caribbean for

21  further distribution in the United States.  Or in laymen's

22  terms, we target boats full of cocaine leaving out of

23  Colombia, Venezuela, Ecuador going to places like Mexico,

24  Honduras or Dominican Republic, and we stop the drugs there

25  before they reach those areas for further distribution into

1  the United States.

2  Q    What are your duties as a special agent assigned to this

3  particular task force?

4  A    So I along with agents from the Federal Bureau of

5  Investigation, the Drug Enforcement Administration, and

6  Homeland Security Investigations conduct investigations into

7  maritime traffickers with a goal and point is to identify the

8  people who recruited them, who organized and ultimately the

9  owners of these loads of drugs so that way we can extradite

10 and dismantle and disrupt an entire network of people.  So we

11 start off using boats as our basis of it and then go through

12 and start targeting the higher levels.

13 Q    In your career, could you give a ballpark estimate of how

14 many narcotics-related investigations you've been involved in?

15 A    Over a thousand.

16 Q    Now, just focusing on maritime drug smuggling

17 investigations, approximately how many?

18 A    Well over 500.

19 Q    Now, are there different areas of the world or the oceans

20 or the seas that Operation Panama Express focuses on?

21 A    Yes, there are.

22 Q    What are they?

23 A    So we target the Eastern Pacific and the Caribbean.

24 Q    What's the approximate breakdown between the two regions

25 as far as smuggling cases?

1  A    So in terms of smuggling, about 80 percent goes to the

2  Eastern Pacific, and we're talking quantity, and about

3  20 percent goes through the Caribbean.

4  Q    And then actual interdictions, is that about the same?

5  A    It's about, and that breakdown comes with obviously a

6  whole government approach.  You are going to put more assets

7  and resources where you can get the largest bang for the buck.

8  In addition, the Eastern Pacific is such a larger area than

9  the Caribbean that it's easier to have -- an average sailing

10 in the Eastern Pacific is going to be anywhere from five to

11 eight days where in the Caribbean you're talking one to two

12 days when you're making a transit route.  So if you don't have

13 assets in vector in the Caribbean, you're going to miss it,

14 wherein the Pacific you have a lot more -- you know, if you

15 know where it starts and where it ends up, a lot more time to

16 try to figure out where those are.

17 Q    You just used a term "in vector."  Can you describe that

18 in laymen's terms?

19 A    If we know a boat is leaving and where it's roughly going

20 to, then trying to give that information to the Coast Guard so

21 they can put a Coast Guard cutter with a law enforcement

22 detachment in an ability to interdict that vessel.

23 Q    In some cases, is it just sort of the luck of where

24 cutters are positioned?

25 A    Correct.

1  Q    Have you testified before about drug smuggling operations

2  or the value of drug monies?

3  A    Yes, I have.

4  Q    Approximately how many times?

5  A    I was here last week.  That was my eleventh time.  This

6  will be my twelfth in federal court.

7  Q    When you say eleventh time, does that mean the eleventh

8  time that you've testified in courts in the Middle District of

9  Florida about those subjects?

10 A    That is correct.

11 Q    Based on your knowledge and experience as a federal agent

12 investigating international narcotics smuggling, have you

13 become familiar with the means and methods by which South and

14 Central American drug trafficking organizations operate?

15      MS. SWEENEY:  Objection, Your Honor.

16 A    Yes, I have.

17      MS. SWEENEY:  It's irrelevant as to this case, and I

18 think --

19      THE COURT:  Just state your legal objection.

20 Relevance?

21      MS. SWEENEY:  And under 701 through 703 I don't think

22 it's admissible.

23      THE COURT:  Thank you.  Overruled.

24 BY MR. BOGGS:

25 Q    So the answer -- the question is have you become familiar

1  with those means and methods?

2  A    Yes, I have.

3  Q    And in particular right now I want to direct your

4  attention to cocaine.  It seems somewhat obvious, but what is

5  cocaine?

6  A    Cocaine comes from the cocoa plant that is grown in the

7  Andes Mountains, primarily in the countries of Colombia,

8  Bolivia, and Peru.  It has been grown there for thousands of

9  years.  And then what happens is to produce it to go from a

10 leaf plant to cocaine is a process.

11        Initially what they'll do is pull all the leaves

12 down.  They'll gather the leaves, and then they'll move the

13 leaves into a processing where they add a bunch of chemicals.

14 If you have ever seen wine being made, it's kind of a similar

15 process except instead of stepping in a barrel with grapes,

16 it's with these cocoa leaves mixing with a bunch of solvents.

17 It will then turn that into a cocaine base.  Typically that

18 base is then moved to a cocaine processing lab where they add

19 even more chemicals and then convert it into what's called

20 cocaine hydrochloride or cocaine which is then packaged in a

21 brick kilo form.  The kilograms are then wrapped numerous

22 times.  Obviously if it's being transported by water, salt is

23 dissolvable in water.  You don't want your product if it gets

24 wet to dissolve.  So they'll wrap individual kilos, and then

25 those individual kilos will get wrapped in sets of ten.  And

1 then those sets of ten will get wrapped into a bale which is

2 normally between 20 and 40 kilograms.

3 Q    You mentioned some of the source countries there where

4 cocaine is produced.  What are some of the destinations that

5 you see in your work?

6 A    So historically speaking cocaine, you know, back in the

7 1980s, the war on drugs, it would go from Colombia directly

8 into the United States.  But as the United States law

9 enforcement has been more successful, it's kind of squeezed

10 down that ability.  So now cocaine travels in a lot smaller

11 routes going from primarily Ecuador, Colombia, and Venezuela

12 into Central America, either Panama, Honduras, Costa Rica,

13 Mexico, or in the Caribbean the Dominican Republic, Puerto

14 Rico, a lot of the islands over by the ABC area.  And then

15 from there it will be further, once it's on land routes

16 brought --

17 Q    I'm sorry.  ABC area?

18 A    Aruba, Curacao --

19          THE COURT:  Bonaire.

20          THE WITNESS:  Bonaire.  Thank you.

21          THE COURT:  There's good scuba diving there.  I might

22 know.

23 A    And then once the cocaine reaches land, though, then it's

24 normally brought in through ports of entry into the United

25 States from Mexico.

1  BY MR. BOGGS:

2  Q    Have you testified before regarding the prices of

3  cocaine?

4  A    Yes, I have.

5  Q    Based on your knowledge, training, and experience, are

6  you able to estimate the wholesale value of a particular

7  quantity of cocaine?

8  A    Yes, I am.

9  Q    This case involves allegations of a seizure of

10  279 kilograms of cocaine.

11        MS. SWEENEY:  Objection, Your Honor.  That's a fact

12  not in evidence.

13        THE COURT:  All right.  Okay.  Leading.  Sustained.

14  Go ahead.

15  BY MR. BOGGS:

16  Q    Are you aware of a seizure in this particular case?

17  A    Yes, I am.

18  Q    And do you know what the amount of the seizure was?

19        MS. SWEENEY:  Objection, Your Honor.  He is not

20  qualified to say what the amount is.

21        THE COURT:  Well, why don't you just establish the

22  price of 1 kilogram and then ask him to do math.

23        MR. BOGGS:  Thank you.

24  BY MR. BOGGS:

25  Q    You mentioned already that you are able to estimate the

1 value, wholesale value of a quantity of cocaine. Let me just

2 ask you based on your knowledge, training, and experience,

3 what is the wholesale value of 1 kilogram of cocaine?

4 A    So here in the Tampa area it's actually a spread range

5 from about 27,000 to 37,000. But for the terms of easily

6 doing math, I normally say 30,000 per kilo. And that's --

7 think of it as your Costco wholesale value of cocaine. If you

8 are buying a pallet of sodas and you go to Costco, it will be

9 44 sodas for $14 which averages about 35 cents. If you go to

10 the third floor and you buy a soda, it's going to be a dollar.

11 This kilo of cocaine is around a hundred percent purity, about

12 95 to 100 percent purity. And here in the Tampa area, like I

13 said, there is the range, but for math it's a lot easier doing

14 30,000.

15 Q    And so if you had more than one kilo, you just do the

16 math?

17 A    So hypothetically around 280 kilos --

18        MS. SWEENEY:  Objection.  Unresponsive.

19        THE COURT:  Sustained.  Go ahead.

20 BY MR. BOGGS:

21 Q    Let me focus in then on methods of transportation.  Are

22 you familiar with the methods of transportation that are

23 happening in the Caribbean and the Eastern Pacific Ocean?

24        MS. SWEENEY:  Your Honor, excuse me.  Can I let the

25 record just show a continuing objection?

1        THE COURT:  Yes.  You have that.  Thank you.  And I

2    appreciate that very much.  Thank you.  So noted and accepted.

3        Go ahead, counsel.

4    BY MR. BOGGS:

5    Q    Are you familiar with the methods of transportation?

6    A    Yes, I am.

7    Q    What types of vessels are used particularly in the

8    Caribbean Sea?

9    A    So the primary vessels that are used, the conveyances as

10   we call them, are go-fast vessels, fishing vessels, sailing

11   vessels, cargo vessels, low-profile vessels and self-propelled

12   semi-submersibles.

13   Q    Have you ever heard the term "panga"?

14   A    Yes, I have.

15   Q    What is a panga?

16   A    Panga is an open-hull vessel primarily used in South and

17   Central America.  It's kind of the sedan of the seas.  It will

18   have outboard engines varying depending on the size of it

19   between one and up to four engines.  It's Fiberglas, open

20   hull, fairly consistent.  Like I said, they can be used for

21   fishing, transporting people, and moving drugs.

22   Q    Are pangas sometimes called go-fast vessels?

23   A    So we call the term "go-fast" because, like I said, it's

24   a normal boat with outboard engines.  And because of the

25   outboard engines, it has the capacity to relatively go fairly

1  fast compared to a sailboat or like a fishing vessel that has

2  an inboard diesel engine, large fuel capacity but goes

3  relatively slow or compared to like a massive cargo ship, the

4  ones here in the Tampa area with the mass Conex boxes on it or

5  compared to low-profile vessel which typically has outboard

6  engines but is designed specifically for drug smuggling or the

7  self-propelled semi-submersible which isn't fully submersible.

8  It has like a little conning tower but has an inboard diesel

9  engine, and that's specifically used to transport drugs.

10 Q    Let me turn your attention to organizing and recruitment.

11 Are you familiar with the roles of the various people?  We

12 already described hierarchy a little bit in your earlier

13 testimony.  Are you familiar with the roles of the various

14 people that become involved in these types of cases?

15 A    Yes, I am.

16 Q    How are you aware of that?

17 A    Through conducting the investigations, through conducting

18 interviews with the people who are on these boats, as well as

19 interviewing and talking to the people who I have arrested who

20 are at the higher levels of the organization and how their

21 organizations work.

22 Q    Have you had a significant number of cases where you

23 spoke to people who were charged or who were involved?

24 A    Yes, I have.

25 Q    Have you spoken with people who have cooperated with the

1  United States in given you information on how the

2  organizations work?

3  A    Yes, I have.

4  Q    What are some of these roles that you see time and again

5  in these types of maritime drug smuggling cases?

6         MS. SWEENEY:  Objection, Your Honor.  I believe his

7  statements --

8         THE COURT:  State legal objection.  Legal ground is?

9         MS. SWEENEY:  Hearsay.

10        THE COURT:  Put the question again.

11        MR. BOGGS:  I was asking him if he was familiar with

12 the other roles.

13        THE COURT:  Overruled.

14 BY MR. BOGGS:

15 Q    Are you familiar with the other roles of persons in

16 maritime drug smuggling operations?

17 A    Yes, I am.

18 Q    What are those roles?

19 A    So there's the roles of the people who are actually

20 operating the boat, and there's -- depending on the type of

21 conveyance it is, you have different roles.  The people who

22 end up recruiting those are called recruiters.  And what they

23 do is they are people who have been successfully drug running

24 before and then can turn around and basically recruit people

25 from the local fishing area who have this type of experience

1   to do it.

2        The recruiters work for organizers.  What the

3   organizers do is they get the cocaine from the owners and then

4   they plan out these trips getting the boats ready, the fuel

5   ready, the food ready, any logistical support that these

6   vessels need depending on the length of journey that they

7   have.  They provide them with the satellite phones, the GPS,

8   the coordinates so that the people on the boat know where they

9   are launching from and where they're going to.  In addition,

10  there's logistical resupply because you can't just stop by a

11  gas station if you're going thousands of miles.  So you have

12  to have other fishing vessels that have gas to be able to do

13  that.

14  Q    Focusing in on you mentioned the folks on the boats.

15  Let's focus in on the folks on the boats for a moment.

16        Let me back up.  I know you gave a great deal of

17  information about your experience, but I just want to add one

18  or two questions on that.  Have you actually taught courses in

19  this area?

20  A    Yes, I have.

21  Q    Where did you do that?

22  A    I teach at the Maritime Law Enforcement Academy located

23  at the Coast Guard's training center in Charleston.  And I

24  teach a four-hour course on maritime drug trafficking in the

25  Eastern Pacific and the Caribbean at the Coast Guard's

1 maritime counter threat course.  And I've done that over a

2 dozen times.

3 Q    Sorry I didn't hit that before, but back to the roles of

4 the persons involved in maritime drug smuggling operations,

5 and specifically are there different roles on the boats

6 themselves?

7 A    Absolutely.

8 Q    What are they?

9 A    So typically your crew is going to consist of two to four

10 on a go-fast, normally three to four.  If it's two, it's

11 because it's a small boat and normally very experienced

12 mariners, but your crew composition is going to have a

13 captain.  The captain is the person overall responsible for

14 the boat and the vessel.  He's the one that gets the

15 coordinates.  He's the one that has the satellite phone, and

16 he's the one that talks and makes sure that everything on that

17 vessel is going smoothly.

18        You're going to have a mariner.  Their job is to

19 assist the captain in either driving the vessel, moving fuel

20 barrels around or just even putting lines on the boat or

21 operating the boat.

22        The third person that's operational is a mechanic.

23 And they are primarily responsible for making sure the engines

24 are operating.

25        And then the fourth person is a load guard.  They are

1  typically not of the same country as the rest of the crew, and

2  they are typically there to ensure that the load of cocaine

3  moves safely from where it's brought to to its destination

4  point.

5  Q    Do the crews -- you mentioned earlier that the trip tends

6  to be shorter in the Caribbean.  Do the crews tend to be

7  smaller as well, or does that not make a difference?

8  A    The boats and the size of the loads in the Caribbean tend

9  to be smaller than the Eastern Pacific because it's shorter

10 routes, smaller routes.  It also depends on which route

11 they're going.  There are several various routes.

12 Q    What are the various routes that you see time and again

13 in the Caribbean area?

14 A    In the Caribbean you're going to have what's called the

15 hyperlittoral route where it's basically leaving Colombia and

16 it's going along the 12 nautical miles of international waters

17 going up toward Panama and Honduras, Costa Rica and that area.

18 Those tend to be small boats with smaller engines because

19 they're trying to fit in with the local traffic.  The

20 advantage is that there's a lot more boats there.  The

21 disadvantage is smaller loads and a lot more logistical

22 support.

23         On the opposite side you have cocaine leaving up and

24 going off on the outer Antilles Islands.  So if you think of

25 the Caribbean as kind of like this nice circle with Dominica,

1 Haiti, Puerto Rico and then the smaller islands.

2          Then there's the two other main routes.  One is

3 called the Honduran rise, and it basically leaves Colombia,

4 Venezuela, heads straight up and then makes a left or westerly

5 direction toward Honduras.

6          And then the last one is it leaves the

7 Colombia-Venezuela area and goes straight up and then makes a

8 juncture point where it goes straight to Dominican Republic or

9 Puerto Rico.

10 Q    About how long a trip is that from Colombia to the

11 Dominican Republic?

12 A    It depends on the speed the boat is going, but you're

13 talking a one to two-day sail.

14 Q    Let me direct your attention to some of the items that

15 are usually seen on the boats.  You mentioned some earlier

16 that sometimes somebody has satellite phone.  What are some of

17 the other items that are seen on the boats in these cases?

18 A    So you can have a satellite phone because obviously in

19 the middle of the ocean there's no good communication, so the

20 only way to have it is through a satellite phone.  You're

21 going to see GPSs.  That way you know which route you are

22 going and where you are going to whether it's a logistical

23 point or final destination.  You'll also typically have some

24 type of handheld radio that's for communication between boats

25 especially as you're coming to your destination point, or if

1  your rendezvous is another boat the ability to talk to that

2  other boat.

3  Q    Have you been involved in cases where people threw their

4  communication equipment overboard?

5  A    Absolutely.

6  Q    Let me ask you do you see in these types of cases people

7  carrying ledgers or items with coordinates on them?

8  A    Absolutely.

9  Q    Why is that?

10 A    So typically when the people, the mariners, they will be

11 in a jungle type location, a little farm area.  And then when

12 it's time for the destination or from the leave, they'll get

13 picked up.  They will go to an area typically not controlled

14 by the government.  It's either FARC, which is the militants

15 in Colombia or an area that there's not a whole lot of law

16 enforcement.  And that's where -- the drugs will be on a boat,

17 and a lot of times they'll either give them a sheet of paper

18 with the coordinates or a GPS that has the coordinates.

19        Obviously a lot of these people are mariners.  If

20 they have the sheet, they can program the GPS themselves.

21 They'll get on board with their logistics, with their sat

22 phone, the GPS.  Potentially there will be some trackers on

23 board because a lot of times the organizers will want to watch

24 where their load is going, and so they can track it through

25 the satellite.  And so you'll see these documents so that way

1  they know if they are leaving and about what time they should

2  be arriving for their dropoff.

3  Q    Is there any significance to the makeup of the crew, the

4  nationality of the crew, for example?

5  A    It kind of tells you where they are either coming from or

6  where they're going to.

7  Q    Do you see cases of mixed nationality?

8  A    All the time.

9  Q    And what are typically the nationalities?

10  A    You can have Colombian, Venezuelan, Dominican in the

11  Caribbean.  On the Pacific side Ecuadorian, Colombian,

12  Mexican, Guatemalan.

13  Q    Do you typically have anybody on the boat who is just a

14  bystander or doesn't have any mission supporting role?

15  A    Never.

16  Q    Why not?

17  A    You're moving drugs.  You're paying these people a lot of

18  money.  Most of them are typical fishermen.  And what the

19  typical recruitment process is, is they'll give them -- and it

20  depends on the size of the load and the distance, but

21  potentially up to 10,000 U.S. up front.  With a successful

22  return, you'll receive another $10,000.  Everyone knows their

23  roles and what they're supposed to be doing on that venture.

24  You are not going to have a person who has no role in it be on

25  that boat because, A, they could be a threat to turning things

1  in as well as they don't have any financial interest in making

2  this mission succeed.

3          So by having that payment up front -- a lot of times

4  as a fisherman, especially in Colombia, you might be making

5  $300 a month.  So even if you receive 10,000 up front, you are

6  getting almost five years' worth of salary up front for a

7  successful venture with another 10,000 on a successful return.

8          MR. BOGGS:  Your Honor, may I have a moment?

9          THE COURT:  Yes.

10          MR. BOGGS:  I don't have any further questions for

11  this witness.

12          THE COURT:  Ladies and gentlemen, I have permitted

13  the government to offer this witness as background.  And you

14  may accept his testimony for any matter you deem appropriate

15  in whole or in part or not at all.  You will note that he

16  doesn't have personal knowledge of this case or these

17  defendants themselves or this specific case, but he's strictly

18  a background witness based on his experience and training.

19          Let's have cross-examination, please.

20          MS. SWEENEY:  Thank you, Your Honor.

21                      **CROSS-EXAMINATION**

22  BY MS. SWEENEY:

23  Q    Good afternoon, Agent Ray.

24  A    Good afternoon.

25  Q    A little bit about your background.  You've done -- you

1 said you have done maritime law enforcement training?

2 A    Yes, ma'am.

3 Q    Would that include training boarding teams?

4 A    Yes, it does.

5 Q    And what they're supposed to do?

6 A    Yes, it does.

7 Q    That's an awkward question.  Sorry.

8         And what equipment they would have with them?

9 A    I don't teach so much about what equipment they have as

10 opposed to normally the overall structure about this is drug

11 trafficking, this is trafficking areas, this is the hazards

12 you need to watch out for.

13 Q    And you have actually taught them how to do the boarding?

14 A    No, ma'am, I don't.  I give an overarching about drug

15 trafficking and the trends.  There are other Coast Guard

16 members who are the trainers.  They give them the specific

17 this is how the Coast Guard wants you to do a boarding.

18 Q    Okay.  Now, you've talked about essentially the Caribbean

19 and the Eastern Pacific being -- what would you call those?

20 Drug trafficking vectors?

21 A    Those are areas that they utilize to move drugs in those

22 areas.  So a vector is a specific line, like a typical route

23 of travel as opposed to an overarching, hey, the entire

24 Pacific Ocean.

25 Q    So it's busy out there.  There are a lot of boats?

1  A    Yes, there are.

2  Q    A lot of cartels or drug networking organizations use the

3  same route?

4  A    That is correct.

5  Q    Sometimes it takes a boat -- several boats to get

6  through?

7  A    That is correct.

8  Q    So again you are looking at a lot of boats?

9  A    Yes.

10  Q    But there are also other boats in the area, right?

11  There's even pirates?

12  A    I don't think you are going to find any pirates, but you

13  will find fishing boats and other things.  The closest you

14  have to piracy is some Mexican -- where they are actually

15  stealing the fuel off the oil rigs, but that's not really

16  piracy.

17  Q    You testified in March 10 of 2021 in the case of the

18  United States of America v. Leones.  Do you recall that?

19  A    Not off the top of my head.

20  Q    Do you recall talking about -- well, you've testified 12

21  times, and it's mostly about the same information, right?

22  A    Yes, ma'am.

23  Q    So I think you testified that during -- well, I will ask

24  you, during 2019, 2020, there wasn't any travel because of

25  COVID?

1  A    There were restrictions, and therefore you had a reduced

2  amount, because when Colombia does a lockdown, it's very hard

3  to get drugs moving from the jungle to the ocean for

4  distribution.  So for a while there, there was a slowdown

5  because of COVID, yes.

6  Q    There were no flights?

7  A    Well, I was talking boats.  I don't know about planes.

8  Q    Did you try to fly down there?

9  A    I did not.

10  Q    Did other people in your service try to fly?

11  A    No, they did not.

12  Q    I want to talk to you about the cocaine you've mentioned.

13  And you've seen pictures of cocaine that have been retrieved

14  from these boats, correct?

15  A    I have not only seen pictures.  I have handled cocaine

16  that has come from these boats.

17  Q    You would say they're tightly wrapped?

18  A    Yes, they are.

19  Q    They almost have a vacuum seal to it?

20  A    Some of them do.

21  Q    Put on like a rubber coating over it so it won't get wet?

22  A    That is correct.

23  Q    Multiple layers of tape?

24  A    That is correct.

25  Q    Packaged in -- so they're packaged in such a way that

1 they can float for a long time and be preserved?

2 A    Yes.

3 Q    And it's difficult to tell how long those packages have

4 been in the water?

5 A    It depends.  I mean, if there's marine growth, you know

6 it's been in there because there's been some that have floated

7 up into Florida with marine growth on it.  And some of it

8 obviously you wouldn't know if it's been like five days or

9 five hours.

10 Q    Right.  You wouldn't know, would you?

11 A    Correct.

12 Q    Now, let's talk about these go-fast drugs -- go-fast

13 vessels.  You have said before that typically their boats are

14 going to be around 30 to 40-foot open-hull boats.  Do you

15 remember ever saying that before?

16 A    I do.

17 Q    Do you remember also saying with multiple engines,

18 typically three to four?

19 A    I do.

20 Q    And that the main purpose is to have multiple engines,

21 and they are loaded with a lot of fuel on it?

22 A    That is correct.

23 Q    You've also --

24 A    That's an Eastern Pacific case you're talking about too.

25 Q    That can also happen in the Caribbean, right?  They need

1  fuel.

2  A    Absolutely.  But the distances in the Caribbean are much

3  shorter.  So sometimes you'll see different engine

4  configurations or even size based upon what route they're

5  taking.

6  Q    What size engines would you see in the Caribbean?

7  A    You can see as low as 75-horsepower engines.

8  Q    And they usually have more than one even though they are

9  in the Caribbean?

10  A    They do.  It depends -- it actually depends on the

11  smuggling route.  Like in Honduras if you have two engines,

12  there's an extra tax.  So a lot of the drug smugglers will put

13  one so they can fall into the fishing fleet and look more like

14  that.

15  Q    And even taking what you've said, on a two-day trip you

16  need refueling?

17  A    Potentially.  It depends on the size of the vessel and

18  how much fuel you have.

19  Q    So you would expect to see some refueling bins or

20  barrels, whatever they call them?

21  A    There would be fuel barrels on board, yes.

22  Q    Anyone traveling even for pleasure between some of the

23  countries you've mentioned would need a sat phone to have

24  communications with anyone on land, correct?

25  A    That is correct.

1    Q    Because cell phones won't work?

2    A    That is correct.

3    Q    And in this case you have not been part of the

4    investigation at all?

5    A    I have not.

6    Q    You are not a case agent in this case?

7    A    I am not.

8    Q    You haven't examined the boat in this case?

9    A    No.

10   Q    You haven't examined any evidence in this case?

11   A    That is correct.

12   Q    But you did talk about learning a lot of information from

13   people that you've talked to in these boat, what we call boat

14   cases, correct?

15   A    That is correct.

16   Q    And they talk to you in the hopes of getting a reduced

17   sentence, don't they?

18   A    Sometimes.

19   Q    We call that a substantial assistance motion in federal

20   talk, right?

21   A    Well, depends.  You also have a safety valve.

22   Q    And it gets you a lower sentence if you talk to the

23   agents, right?

24   A    Oh, absolutely.

25        MS. SWEENEY:  Excuse me.  Just a moment, please.

1    Thank you, agent.  Thank you, Your Honor.

2    THE COURT:  Any other cross, please?

3    MR. BOWER-RODRIGUEZ:  No, Your Honor.

4    THE COURT:  Ms. Sellers?

5    MS. SELLERS:  No, Your Honor.

6    THE COURT:  Redirect, please.

7    MR. BOGGS:  Very briefly.

8    THE COURT:  All right.

9                    **REDIRECT EXAMINATION**

10   BY MR. BOGGS:

11   Q    My colleague asked you questions.  Defense counsel asked

12   you questions about the engines.  Have you ever had cases

13   where mariners have removed an engine during a voyage?

14   A    Yes, I have.

15   Q    What were some of the purposes for removing an engine

16   during a voyage?

17   A    They've removed an engine to either try to sink the drugs

18   that they've had or to basically create a story about how it

19   wasn't my boat, pirates attacked me, something had done --

20   because the reality is that engine is your propulsion.  And if

21   you are hundreds of miles out to sea, that's your only way of

22   getting from point A to point C.  So they know that the Coast

23   Guard is coming.  So that's why they're removing their engine

24   because they know they're going to be saved.

25   Q    And back to the first thing you answered, do mariners in

1  these cases sometimes remove an engine to attach it to the

2  drugs because the drugs float in general without something --

3          MS. SELLERS:  Objection.

4          THE COURT:  Leading.  Sustained.

5  BY MR. BOGGS:

6  Q    I think you already answered this, but I just wanted -- I

7  didn't hear it very clearly.  Why would -- why are some of the

8  reasons people remove an engine?

9          MS. SWEENEY:  Asked and answered, Your Honor.

10          THE COURT:  He has asked him again.

11          Go ahead briefly.

12  A    Engines are heavy.  They're one of the few things that

13  you can take a line, wrap it up to the drugs, drop it off and

14  it's going to most likely sink the drugs that are floating.

15          MR. BOGGS:  That's all I have, Your Honor.

16          THE COURT:  Well, thank you very much.  You may go.

17  Step down, sir.  Thank you.

18          Let's call your next witness, please.

19      (End of excerpts.)

20      (Proceedings concluded at 4:39 p.m.)

21

22

23

24

25

1 UNITED STATES DISTRICT COURT    )
                                  )
2 MIDDLE DISTRICT OF FLORIDA      )

3
                  **REPORTER TRANSCRIPT CERTIFICATE**
4
       I, Tracey Aurelio, Official Court Reporter for the United
5 States District Court, Middle District of Florida, certify,
  pursuant to *Section 753, Title 28, United States Code*, that
6 the foregoing is a true and correct transcription of the
  stenographic notes taken by the undersigned in the
7 above-entitled matter (Pages 1 through 31 inclusive) and that
  the transcript page format is in conformance with the
8 regulations of the Judicial Conference of the United States of
  America.

9

10                                    /s    *Tracey Aurelio*
                                     _____
11                                    Tracey Aurelio, RMR, RDR, CRR
                                     Official Court Reporter
12                                    United States District Court
                                     Middle District of Florida
13                                    Tampa Division
                                     Date:  8/3/22

14

15

16

17

18

19

20

21

22

23

24

25